NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JORDAN E. ZWICKER,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellant,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　　Case No. 2D17-2993
　　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellee.　　　　　　　　)
_____)

Opinion filed November 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; Bruce E. Kyle,
Judge.

PER CURIAM.

　　　　　　Affirmed. See Mayes v. Moore, 827 So. 2d 967 (Fla. 2002); Hughes v.

State, 22 So. 3d 132 (Fla. 2d DCA 2009); Sweet v. State, 987 So. 2d 747 (Fla. 2d DCA

2008); Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA 2007); Shortridge v. State, 884 So.

2d 321 (Fla. 2d DCA 2004); Edwards v. State, 765 So. 2d 222 (Fla. 2d DCA 2000);

Haynes v. State, 106 So. 3d 481 (Fla. 5th DCA 2013); Teart v. State, 866 So. 2d 145

(Fla. 1st DCA 2004); Paul v. State, 830 So. 2d 953 (Fla. 5th DCA 2002); Sherwood v.

State, 745 So. 2d 378 (Fla. 4th DCA 1999).

SILBERMAN, VILLANTI, and CRENSHAW, JJ., Concur.